11

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF

United States District Court
Southern District of Texas
ENTERED
OCT 14 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

Jorge Luis Machuca-Gonzales

versus

Chrysler Corporation, et al

CIVIL ACTION 98-75

## Order Setting Hearing

1. A hearing will be held before Judge Hilda G. Tagle on:

    November 25, 1998

    at 3:00 p.m.

    Courtroom, Fourth Floor
    United States Court House
    500 East Tenth Street
    Brownsville, Texas 78521.

2. Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3. The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed on 14th October, 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
mhrgddl.