*13*

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

Southern District of Texas
ENTERED
APR 13 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JORGE LUIS MACHUCA-GONZALES, ET AL, § § § Plaintiffs, § § versus § § CHRYSLER CORP., et al., § § Defendants. § | CIVIL ACTION B-98-75 |

## Order of Dismissal

BE IT REMEMBERED that on April 12, 1999, the Court considered the Parties' stipulation of dismissal (Dkt. No. 52). After reviewing the stipulation of dismissal, the Court agrees that defendant CHRYSLER CANADA, LTD. should be dismissed as a party to this litigation.

Accordingly, it is ordered that CHRYSLER CANADA, LTD be DISMISSED from this lawsuit pursuant to Plaintiff's notice of voluntary dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure. All causes of action asserted by plaintiffs against CHRYSLER CANADA, LTD. are also DISMISSED.

DONE at Brownsville, Texas, this 12 day of April 1999.

Hilda G. Tagle
United States District Judge