27

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JORGE LUIS MANCHUCA GONZALEZ, § <br> INDIVIDUALLY, AND MARIA PATRICIA § <br> LOPEZ GUERRERO, INDIVIDUALLY, § <br> AND AS HEIRS AND REPRESENTATIVES § <br> OF THE ESTATE OF LUIS PABLO § <br> MANCHUCA LOPEZ, DECEASED, § <br> PLAINTIFFS § <br> § <br> VS. § <br> § <br> CHRYSLER CORPORATION A/K/A § <br> CHRYSLER MOTOR CORPORATION, § <br> CHRYSLER CANADA, LTD., TRW, INC., § <br> TRW VEHICEL SAFETY SYSTEMS, INC., § <br> AND MORTON INTERNATIONAL, INC., § <br> DEFENDANTS, § | CIVIL ACTION NO. B-98-75 |

**ORDER CONTINUING FEBRUARY 12, 1999 HEARING
AND RESCHEDULING COURT DEADLINES**

On this day, the Court considered Plaintiffs' Unopposed Motion to Continue Hearing On Defendants' Motions and Defer Deadlines. After considering the agreement of the parties, the Court hereby Grants the Motion.

It is hereby ORDERED that:

1. The hearing scheduled for February 12, 1999 is hereby continued;

2. All deadlines reflected in the December 4, 1998 Conference Memorandum are hereby extended for at least forty-five (45) days as follows:

| | |
|---|---|
| Deadline to complete discovery address pending motions | February 22, 1999 |
| Deadline for all responses/ replies to motions | March 8, 1999 |
| Motion Hearing set for 2:00pm | March 17, 1999 |

Signed: July 01st, 1999

_____
Honorable Hilda G. Tagle
United States District Court

98-11557\pleadings\mot to cont                6