

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 0 8 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JORGE LUIS MACHUCA GONZALES INDIVIDUALLY, AND MARTA PATRICIA LOPEZ GUERRERO, INDIVIDUALLY AND AS HEIRS AND REPRESENTATIVES OF THE ESTATE OF LUIS PABLOMACHUCA LOPEZ, DECEASED § § § § § § § § VS. § § CHRYSLER CORPORATION A/K/A § CHRYSLER MOTOR CORPORATION, § CHRYSLER CANADA, LTD., § TRW VEHICLE SAFETY SYSTEMS, INC., § SCI INTERNATIONAL, INC., AND § MORTON INTERNATIONAL, INC. § | CIVIL ACTION NO. B-98-75 |

## ORDER GRANTING APPLICATION TO APPEAR PRO HAC VICE

On the ____ day of March, 1999 the court considered the application of Donald Scott Thomas, Jr. to appear pro hac vice as counsel for defendants DaimlerChrysler Corporation (formerly Chrysler Corporation) and Chrysler Canada, Ltd. After considering the application, the court

GRANTS Donald Scott Thomas, Jr.'s application to appear pro hac vice and ORDERS that Donald Scott Thomas, Jr. shall be allowed to appear pro hac vice as counsel for defendants DaimlerChrysler Corporation (formerly Chrysler Corporation) and Chrysler Canada, Ltd. until the conclusion of this case.

SIGNED _____, 1999.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

::ODMA\GRPWISE\CTW.AUS12.LIT_Lib2:2158.1\ST