IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE LUIS MANCHUCA, GONZALEZ, INDIVIDUALLY AND MARIA PATRICIA LOPEZ GUERRERO, INDIVIDUALLY AND AS HEIRS AND REPRESENTATIVES OF THE ESTATE OF LUIS PABLO MANCHUCA LOPEZ, DECEASED, PLAINTIFFS<br><br>VS.<br><br>CHRYSLER CORPORATION A/K/A CHRYSLER MOTOR CORPORATION, CHRYSLER CANADA, LTD., TRW, INC., TRW VEHICEL SAFETY SYSTEMS, INC., AND MORTON INTERNATIONAL, INC., DEFENDANTS, | CIVIL ACTION NO. B-98-75<br>JURY REQUESTED |

**ORDER ON MOTION TO APPEAR AS OF COUNSEL**

On this the ____ day of _____, 1998, came on to be heard the above and foregoing Motion to Appear as of Counsel, and, the Court being of the opinion that said request in said Motion should be honored,

IT IS THEREFORE ORDERED by the Court that **DAVID N. CALVILLO** be entered as co-counsel for Jorge Luis Manchuca Gonzalez, Individually And Maria Patricia Lopez Guerrero, Individually And As Heirs And Representatives Of The Estate Of Luis Pablo Manchuca Lopez, Deceased, Plaintiffs, and that copies of all future pleadings, motions, correspondence and notices, etc. from the parties and the Court shall be served on him.

SIGNED and ENTERED this ____ day of _____, 1998.

_____
JUDGE PRESIDING