38

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED
MAR 0 8 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Jose Luis Gonzales §
versus §
§
§
Chrysler Corp, et al. §
§
§

CIVIL ACTION B-98-75

## Order Resetting Hearing

The hearing set  **Motion** 3-17-99  has been reset to: 3-26-99, at 2:00 p.m.

Signed on March 4th, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge