#41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE LUIS MACHUCA GONZALEZ, § <br> INDIVIDUALLY, AND MARTHA PATRICIA § <br> LOPEZ GUERRERO, INDIVIDUALLY, § <br> AND AS HEIRS AND REPRESENTATIVES § <br> OF THE ESTATE OF LUIS PABLO § <br> MACHUCA LOPEZ, DECEASED, § <br> PLAINTIFFS § <br> § <br> VS. § <br> § <br> CHRYSLER CORPORATION A/K/A § <br> CHRYSLER MOTOR CORPORATION, § <br> CHRYSLER CANADA, LTD., TRW, INC., § <br> TRW VEHICLE SAFETY SYSTEMS, INC., § <br> AND MORTON INTERNATIONAL, INC., § <br> DEFENDANTS, § | United States District Court <br> Southern District of Texas <br> ENTERED <br> MAR 1 1 1999 <br> Michael N. Milby, Clerk of Court <br> By Deputy Clerk _____ <br><br> CIVIL ACTION NO. B-98-75 |

ORDER OF DISMISSAL

On this day, the Court considered the Parties' STIPULATION OF DISMISSAL OF SCI INTERNATIONAL INC. After considering the stipulations contained therein, the court is of the opinion that the motion has merit and SCI INTERNATIONAL INC. should in all things be dismissed from this action.

It is hereby ORDERED that:

DEFENDANT SCI INTERNATIONAL INC. is hereby dismissed as a party to this lawsuit, and

any and all causes of action asserted by Plaintiffs in this lawsuit against SCI

INTERNATIONAL INC. are also dismissed.

Signed: March 10, 1999

_____
Honorable Hilda G. Tagle
United States District Court

5