57

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 6 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JORGE LUIS MACHUCA GONZALEZ, ET. AL.,<br>Plaintiffs,<br><br>v.<br><br>CHRYSLER CORP., ET AL.,<br>Defendants. | §§§§§§§§§§ CIVIL ACTION NO. B-98-75 |

## FINAL JUDGMENT

The Court having granted Defendants' Motions to Dismiss for Forum Non Conveniens [Dkt. Nos. 3-3, 10-3] through its February 18, 2000 order [Dkt. No. 55], it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, with the Parties having to bear their own costs.

The parties are also **ORDERED** to file no further pleadings on these issues in this Court, including motions to reconsider or the like, unless justified by a compelling showing of new evidence not available at the time of the foregoing submissions.

DONE at Brownsville, Texas, this 25th day of October 2000.

Hilda G. Tagle
United States District Judge