64

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| JORGE LUIS MACHUCA GONZALES, INDIVIDUALLY AND MARTA PATRICIA LOPEZ GUERRERO INDIVIDUALLY AND AS HEIRS AND REPRESENTATIVES OF THE ESTATE OF LUIS PABLO MACHUCA LOPEZ, DECEASED | § § § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-98-75<br>**Jury Requested** |
| CHRYSLER CORPORATION A/K/A CHRYSLER MOTOR CORPORATION, CHRYSLER CANADA, LTD., TRW, INC., TRW VEHICLE SAFETY SYSTEMS, INC. AND MORTON INTERNATIONAL, INC. | § § § § § § § | |

**DEFENDANTS TRW INC. AND TRW VEHICLE SAFETY SYSTEMS INC.'S
RESPONSE TO PLAINTIFFS' MOTION TO RECONSIDER ORDER
STRIKING FILINGS, OR IN THE ALTERNATIVE, MOTION TO REFILE
MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

TO THE HONORABLE JUDGE OF THIS COURT:

1.

Rather than provide the court with duplicative briefing and in order to save paper, Defendants TRW Inc. and TRW Vehicle Safety Systems Inc. (collectively referred to as "TRW") adopt and incorporate by reference Defendants Morton International, Inc.'s and Daimler-Chrysler Corporation's responses to Plaintiffs' Motion to Reconsider Order Striking Filings, or in the Alternative, Motion to Refile Motion to Extend Time to File Notice of Appeal. TRW incorporates those Defendants' arguments and authorities as if fully recited herein.

Accordingly, TRW requests that Plaintiffs' motion to reconsider and/or refile be denied.

21060.1

Respectfully submitted,

_____
David R. Tippetts
State Bar No. 20065250

Attorney-in-Charge for Defendants
TRW Inc. and TRW Vehicle Safety
Systems Inc.

OF COUNSEL:

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
David B. Weinstein
State Bar No. 21096400
6363 Woodway, Suite 750
Houston, Texas 77057
(713) 785-7778
(713) 785-7780 - Telecopier

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure on this ___30TH___ day of January 2001.

_____

21060.1