IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| JORGE LUIS MACHUCA GONZALEZ, § <br> INDIVIDUALLY, AND MARTHA PATRICIA § <br> LOPEZ GUERRERO, INDIVIDUALLY, § <br> AND AS HEIRS AND REPRESENTATIVES § <br> OF THE ESTATE OF LUIS PABLO § <br> MACHUCA LOPEZ, DECEASED, § <br> PLAINTIFFS § <br> § <br> VS. § <br> § <br> CHRYSLER CORPORATION A/K/A § <br> CHRYSLER MOTOR CORPORATION, § <br> CHRYSLER CANADA, LTD., TRW, INC., § <br> TRW VEHICLE SAFETY SYSTEMS, INC., § <br> AND MORTON INTERNATIONAL, INC., § <br> DEFENDANTS, § | CIVIL ACTION NO. B-98-75 |

**PLAINTIFFS' AMENDED MOTION TO EXTEND TIME TO FILE NOTICE OF APPEAL**

TO THE HONORABLE HILDA G. TAGLE:

Plaintiffs move the Court for leave to file out of time Notice of Appeal, pursuant to Federal Rule of Appellate Procedure 4(a)(5) and other federal procedural rules, and in support thereof would show the Court the following:

1. On October 25, 2000, this Court entered a judgment dismissing this cause with prejudice.

2. This motion to extend is being filed pursuant to the Court's order dated February 21, 2001.

3. On November 20, 2000, less than thirty days from the date of judgment, Plaintiffs attempted to file a Notice of Appeal with the federal district clerk's office. Plaintiffs sent the Notice of Appeal addressed to the clerk, via certified mail, return receipt requested, to "P.O.

Box 2067, Brownsville, Texas 78522." Plaintiffs also enclosed the requisite $105.00 filing fee as cost of the appeal."

4. On November 30, 2000, Plaintiffs filed their requests for transcript from Breck Record, the court reporter for Hon. Hilda Tagle.

5. On Tuesday, December 12, 2000, Plaintiffs counsel received a call from the Court indicating that the P.O. Box on the notice of appeal was the former address of the federal district clerk for the Southern District of Texas in Brownville, and not the current address of the same clerk. Thus, for the first time, Plaintiff's counsel was informed that there was problem with the Notice of Appeal. Plaintiffs' counsel was informed that the Notice would be forwarded to the Clerk's office, but that it had not been marked filed as of December 12, 2000.

6. Plaintiffs subsequently received a file-marked copy of the Notice of Appeal, dated December 12, 2000.

7. Plaintiffs hereby seek leave to file an out of time Notice of Appeal, as such request is contemplated by the Federal Rules of Procedure, and the circumstances for granting the extension was warrant under the Rules and under *Pioneer Investment Services v. Brunswick Assoc.*, 507 U.S. 380 (1993), and its progeny.

8. Plaintiffs incorporate by reference the assertions in its previously filed motion for Extension of time with regard to the reasons the extension is sought herein

9. For each of the foregoing reasons, Plaintiffs pray that this motion be granted and that Plaintiffs be permitted to file their Notice of Appeal within 60 days of the October 23, 2000 judgment.

Respectfully Submitted,

**RODRIGUEZ, TOVAR CALVILLO & GARCIA, L.L.P.**
1111 West Nolana
McAllen, Texas 78504
Telephone: (956) 687-4363
Telecopier: (956) 687-6415

_____
DAVID N. CALVILLO
State Bar No. 03673000
Fed. I.D. No. 11431
Lead Counsel for Plaintiffs

JOHN G. ESCAMILLA
State Bar No. 00793699
Fed. ID No. 23483

## CERTIFICATE OF CONFERENCE

I hereby certify that on or before the 22nd day of February, 2001, I conferred with counsel for each of the defendants about requesting an extension of time to file the notice of appeal. Each defendant is opposed to any extension of time sought by Plaintiffs.

_____
John G. Escamilla

3

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing document, has been forwarded by certified mail, return receipt requested, to the following counsel of record, on February 22, 2001:

Arnulfo Acosta (Attorney-in-Charge)
Arnulfo Acosta, PC
4502 North Cage
Pharr, TX 78577

**Attorney for Plaintiffs**

Burgain Hayes, Trek Doyle
Clark, Thomas & Winters
1200 Texas Commerce Bank Building
700 Lavaca Street
Austin, TX 78701

**Attorneys for Defendant Daimler-Chrysler**

David Tippetts
Wilson, Elser, Moskowitz, Edelman & Dicker
6363 Woodway, Suite 750
Houston, TX 77057

**Attorneys for Defendant TRW**

Keith Uhles, Ewing "Eddie" Sikes
Royston, Rayzor, Vickery & Williams
55 Cove Circle
Brownsville, TX 78523-3509

**Attorneys for Defendant Morton International**

_____
David N. Calvillo

4