69

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 26 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JORGE LUIS MACHUCA GONZALEZ, § <br> INDIVIDUALLY, AND MARTHA PATRICIA § <br> LOPEZ GUERRERO, INDIVIDUALLY, § <br> AND AS HEIRS AND REPRESENTATIVES § <br> OF THE ESTATE OF LUIS PABLO § <br> MACHUCA LOPEZ, DECEASED, § <br> PLAINTIFFS § <br> § <br> VS. § <br> § <br> CHRYSLER CORPORATION A/K/A § <br> CHRYSLER MOTOR CORPORATION, § <br> CHRYSLER CANADA, LTD., TRW, INC., § <br> TRW VEHICLE SAFETY SYSTEMS, INC., § <br> AND MORTON INTERNATIONAL, INC., § <br> DEFENDANTS, § | CIVIL ACTION NO. B-98-75 |

**ORDER PERMITTING PLAINTIFFS TO FILE NOTICE OF APPEAL**

On this day, the Court considered Plaintiffs' Amended Motion to Extend Time to File Notice of Appeal (DKT #68). After considering the motion and the arguments contained therein, the Court is of the opinion that the motion has merit and should in all things be granted. The Court hereby Grants the Motion.

It is hereby ORDERED that Plaintiffs may file their Notice of Appeal.

Signed: March 26, 2001

Hon. Hilda G. Tagle
United States District Court

5