IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JORGE LUIS MACHUCA GONZALEZ, ET. AL. § § Plaintiffs, § § v. § § CHRYSLER CORP., § ET AL., § Defendants. § | CIVIL ACTION NO. B-98-75 |

## ORDER

BE IT REMEMBERED that on March 27, 2001, the Court **DECLARED** that the Plaintiffs timely filed their Motion to Extend Time to File Notice of Appeal [Dkt. No. 59]. An extension of time to file a notice of appeal may be granted only if a party so moves no later than 30 days after the 30 day time period for properly filing a notice of appeal, and the moving party shows excusable neglect or good cause [Federal Rule of Appellate Procedure 4(a)(5)(i)]. Therefore under the rule, Plaintiffs had 60 days from when final judgment was entered on October 25, 2000, or until December 25, 2000, to move for an extension to file a notice of appeal. The Plaintiffs timely filed their Motion to Extend Time to File Notice of Appeal on December 18, 2000 [Dkt. No. 59]; however, it was stricken by the Court on December 29, 2000 for technical defect [Dkt. No. 60]. The Court allowed the Plaintiffs to re-file a corrected motion [Dkt. No. 67], and the Plaintiffs complied [Dkt. No. 68]. Since the Court considered the Motion timely filed, it was properly before the Court when it was granted [Dkt. No. 69]. As a result, the Plaintiffs' Notice of Appeal [Dkt. No. 58] was timely received, and there is no need for any further re-submission of Plaintiffs' Notice of Appeal.

DONE at Brownsville, Texas, this 27th day of March 2001.

Hilda G. Tagle
United States District Judge