ORIGINAL 71

United States District Court
Southern District of Texas
FILED

MAY 2 9 2001

Michael N. Milby
Clerk of Court

1        IN THE UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF TEXAS
2                 BROWNSVILLE DIVISION

3        _____
                                          )
         JORGE LUIS MACHUCA-GONZALEZ, ET   )
4        AL                                )
                                           )
5                                          )   CIVIL ACTION NO.
         VS.                               )   B-98-75
6                                          )
         CHRYSLER CORPORATION, ET AL       )
7        _____)

8

9

10                       MOTION HEARING
               BEFORE THE HONORABLE HILDA G. TAGLE
11                      MARCH 26, 1999

12       APPEARANCES:

13       For the Plaintiff:          MR. JOHN CALVILLO
                                      MR. JOHN ESCAMILLA
14                                    Attorneys at Law
                                      McAllen, Texas
15
         For the Defendant,
16       Chrysler
         Corporation:
17                                    MR. JAIME SAENZ
                                      Attorney at Law
18                                    Brownsville, Texas

19       For the Defendant,
         Chrysler
20       Corporation:
                                      MR. DONALD S. THOMAS, JR.
21                                    Attorney at Law
                                      Austin, Texas
22
         For the Defendant,
23       TRW:
                                      MR. DAVID TIPPETTS
24                                    Attorney at Law
                                      Houston, Texas
25


              Captured and Transcribed by Computer - Eclipse