## UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

United States District Court
Southern District of Texas
FILED
OCT 21 2002
Michael N. Milby
Clerk of Court

U.S. COURT OF APPEALS
FILED
AUG 20 2002
CHARLES R. FULBRUGE III
CLERK

No. 01-40012

D.C. Docket No. B-98-CV-75

JORGE LUIS MACHUCA GONZALEZ; MARTHA PATRICIA LOPEZ GUERRERO, Individually And As Heirs And Representatives Of The Estate Of Luis Pablo Machuca Lopez, Deceased

    Plaintiffs - Appellants

v.

CHRYSLER CORPORATION, Etc; ET AL

    Defendants

CHRYSLER CORPORATION, also known as Chrysler Motors Corporation; TRW INC; TRW VEHICLE SAFETY SYSTEMS INC; MORTON INTERNATIONAL, INC

    Defendants - Appellees

Appeal from the United States District Court for the Southern District of Texas, Brownsville.

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE: OCT 17 2002

A true copy
Test
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____ Deputy
New Orleans, Louisiana   OCT 17 2002

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 CAMP STREET
NEW ORLEANS, LA 70130

October 17, 2002

Mr Michael N Milby, Clerk
Southern District of Texas, Brownsville
United States District Court
Room 1158
600 E Harrison Street
Brownsville, TX 78520

    No. 01-40012 Machuca Gonzalez v. Chrysler Corp
    USDC No. B-98-CV-75

Enclosed, for the district court only, is a certified copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 5 ) Volumes    ( 1 ) Envelope

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

    By: _____
        Margery T. St. Pierre, Deputy Clerk
        504-310-7676

cc: (letter only)
    Honorable Hilda G Tagle
    Mr John Escamilla
    Mr David Richard Tippetts
    Mr Keith Neill Uhles
    Mr David C Duggins

MDT-1