SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

May 5, 2003

Clerk
United States Court of Appeals for
the Fifth Circuit
600 Camp Street, Room 100
New Orleans, LA 70130

Re: Jorge Luis Machuca Gonzalez, et ux., Individually
and as Heirs and Representatives of the Estate of
Luis Pablo Machuca Lopez, Deceased
v. DaimlerChrysler Corporation, fka Chrysler
Corporat
No. 02-1044
(Your No. 01-40012)

Dear Clerk:

B-98-CV-75

The Court today entered the following order in the above entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

Brownsville